B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **DISTRICT OF** *CONNECTICUT* | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>*KJAYA LLC,*<br>*a Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *20-3937563* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*263 Tresser Boulevard, 9th Flr*<br>*Stamford, CT*<br>ZIPCODE *06901* | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: *Fairfield* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*<br>ZIPCODE | |

**Type of Debtor** (Form of organization)
(Check **one** box.)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:
_____
Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
**Check one box:**
- [x] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offical Form 3B.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

**B1 (Official Form 1) (4/13)**                                                                                                    **FORM B1, Page   2**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *KJAYA LLC, a Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | **(If more than two, attach additional sheet)** |
|---|---|

| Location Where Filed: *NONE* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**      (If more than one, attach additional sheet)

| Name of Debtor: *NONE* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☒ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** _____   *10/27/2014*
Signature of Attorney for Debtor(s)                              Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                                    FORM B1, Page   3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**KJAYA LLC,**<br>**a Corporation** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**X** */s/ Carl T. Gulliver*
Signature of Attorney for Debtor(s)

*Carl T. Gulliver ct00944*
Printed Name of Attorney for Debtor(s)

*Coan, Lewendon, Gulliver & Miltenberger*
Firm Name

*495 Orange Street*
Address

*New Haven, CT  06511*

*(203) 624-4756*
Telephone Number

*10/27/2014*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Kovey Kovalan*
Signature of Authorized Individual

*Kovey Kovalan*
Printed Name of Authorized Individual

*President & Director*
Title of Authorized Individual

*10/27/2014*
Date

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Resolution of the Directors of Kjaya, LLC

The undersigned, constituting all the Directors, and, in accordance with Article IV, Section 1, of the Articles of Association together comprising the Manager, of Kjaya, LLC, ("the Company"), pursuant to applicable law or agreement hereby waive any otherwise required notice or meeting and agree as follows:

**WHEREAS,** it is in the best interests of the Company and its creditors that it file a voluntary petition in the United States Bankruptcy Court for reorganization pursuant to Chapter 11 of Title 11, United States Code,

**IT IS THEREFORE RESOLVED,** Kovey Kovalan, President and a Director of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Company, and Mr. Kovalan or Linh Le, Chief Operating Officer and a Director, shall prepare and sign any and all other necessary documents, present company records, appear on behalf of the company at any hearings and take whatever other action is required in connection therewith,

**AND IT IS FURTHER RESOLVED,** that the Company, acting through the said Kovey Kovalan or Linh Le, be and hereby is, authorized and directed to employ on behalf of the Company, Carl T. Gulliver and Timothy D. Miltenberger and their law firm of Coan, Lewendon, Gulliver & Miltenberger, LLC, of New Haven, Connecticut, as attorney to represent the Company in said bankruptcy proceedings and to pay said firm its fees at said firm's normal hourly rates for such matters, and to pay a pre-filing retainer of $50,000, plus the costs of this case including a deposit for such costs of $2,500.

**IN WITNESS HEREOF,** the undersigned Directors of Kjaya, LLC, have hereunto set their hands and seals.

_____          Date: ___10/27/2014___
Kovey Kovalan

_____          Date: ___10/27/2014___
Linh Le

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF CONNECTICUT

In re  *KJAYA LLC*                                                                       Case No.
       *a  Corporation*                                                            Chapter  *11*

_____ ,
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br><br>*Felenasoft Ltd*<br>*Moskovskly Prospekt 87-25*<br>*236006 Kaliningrad Russia* | Phone:<br><br>*Felenasoft Ltd*<br>*Moskovskly Prospekt 87-25*<br>*236006 Kaliningrad Russia* | *Consulting Services* | | $ 246,650.00 |
| 2<br><br>*Reena Rani*<br>*13786 Tradition Street*<br>*San Diego CA 92128* | Phone:<br><br>*Reena Rani*<br>*13786 Tradition Street*<br>*San Diego CA 92128* | *Consulting fees* | | $ 32,000.00 |
| 3<br><br>*Ricardo Pedraza*<br>*4937 Colusa Drive*<br>*Oceanside CA 92056-5422* | Phone:<br><br>*Ricardo Pedraza*<br>*4937 Colusa Drive*<br>*Oceanside CA 92056-5422* | *Loan* | | $ 28,912.13 |
| 4<br><br>*Delio & Peterson LLC*<br>*700 State Street, Ste 402*<br>*New Haven CT 06511* | Phone:<br><br>*Delio & Peterson LLC*<br>*700 State Street, Ste 402*<br>*New Haven CT 06511* | *Attorneys Fees* | | $ 26,265.84 |
| 5<br><br>*Thomas Vega-Byrnes LLC*<br>*1637 West 1-3rd Street*<br>*Chicago IL 60643* | Phone:<br><br>*Thomas Vega-Byrnes LLC*<br>*1637 West 1-3rd Street*<br>*Chicago IL 60643* | *Attorneys Fees* | | $ 25,126.25 |

B4 (Official Form 4) (12/07) Case 14-51632    Doc 1    Filed 10/28/14    Entered 10/28/14 09:45:58    Desc Main
Document      Page 6 of 17

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Kam Naik<br>11700 Watermill Road<br>Oklahoma City OK 73131 | Phone:<br>Kam Naik<br>11700 Watermill Road<br>Oklahoma City OK 73131 | Loan | | $ 20,000.00 |
| 7<br>Vinod Kesavan<br>2650 N. Lakeview Avenue<br>#708<br>Chicago IL 60614 | Phone:<br>Vinood Kesavan<br>2650 N. Lakeview Avenue<br>#708<br>Chicago IL 60614 | Loan | | $ 20,000.00 |
| 8<br>American Express BU<br>P.O. Box 1270<br>Newark NJ 07101-1270 | Phone:<br>American Express BU<br>P.O. Box 1270<br>Newark NJ 07101-1270 | Working Capital | | $ 18,268.79 |
| 9<br>Bharani Chadalavada<br>794 Adeline Avenue<br>San Jose CA 95136 | Phone:<br>Bharani Chadalavada<br>794 Adeline Avenue<br>San Jose CA 95136 | Working Capital | | $ 15,000.00 |
| 10<br>Amit Agarwal<br>38861 Garibaldi Common<br>Fremont CA 94536 | Phone:<br>Amit Agarwal<br>38861 Garibaldi Common<br>Fremont CA 94536 | Working Capital | | $ 15,000.00 |
| 11<br>Sanket Gajjar<br>5700 Tapadera Trace Lane<br>#712<br>Austin TX 78727 | Phone:<br>Sanket Gajjar<br>5700 Tapadera Trace Lane<br>#712<br>Austin TX 78727 | Former employee claim | | $ 8,333.33 |
| 12<br>Sanket Gajjar<br>5700 Tapadera Trace Lane<br>#712<br>Austin TX 78727 | Phone:<br>Sanket Gajjar<br>5700 Tapadera Trace Lane<br>#712<br>Austin TX 78727 | Fomer Employee Stock Option | | $ 7,166.60 |
| 13<br>Advanta Credit Card<br>P.O. Box 31032<br>Tampa FL 33631-3032 | Phone:<br>Advanta Credit Card<br>P.O. Box 31032<br>Tampa FL 33631-3032 | Working Capital | | $ 6,145.45 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>New Creation IT<br><br>R.T. Nagar, 1st Block<br>Bangalor 560032  India | Phone:<br>New Creation IT<br>#75 14th Cross 1st Floor<br>R.T. Nagar, 1st Block<br>Bangalor 560032  India | Offshore Development Team | | $ 4,261.25 |
| 15<br>Michelle Lucas<br>1500 Sedona Glen<br>Escondido CA 92027 | Phone:<br>Michelle Lucas<br>1500 Sedona Glen<br>Escondido CA 92027 | Consultant | | $ 4,000.00 |
| 16<br>Mai Le-Vail<br>49 Pine View Court<br>Terryville CT 06786 | Phone:<br>Mai Le-Vail<br>49 Pine View Court<br>Terryville CT 06786 | Loan to Company - use of | | $ 3,596.00 |
| 17<br>Elsa Christina Gonzalez<br>2986 Carrillo Way<br>Carlsbad CA 92009 | Phone:<br>Elsa Christina Gonzalez<br>2986 Carrillo Way<br>Carlsbad CA 92009 | Consultant | | $ 3,500.00 |
| 18<br>Cogent Communications Inc.<br>P.O. Box 791087<br>Baltimore MD 21279-1087 | Phone:<br>Cogent Communications Inc.<br>P.O. Box 791087<br>Baltimore MD 21279-1087 | Internet Data Center | | $ 2,767.47 |
| 19<br>Costa Verde East Village<br>9110 Judicial Drive<br>San Diego CA 92122 | Phone:<br>Costa Verde East Village<br>9110 Judicial Drive<br>San Diego CA 92122 | Corporate Apartment | | $ 2,700.00 |
| 20<br>Jasinsky Immigration Law<br>30 Oak Street 201<br>Stamford CT 06905 | Phone:<br>Jasinsky Immigration Law<br>30 Oak Street 201<br>Stamford CT 06905 | Employee Immigration Fee | | $ 2,035.00 |

B4 (Official Form 4) (12/07)   Case 14-51632   Doc 1   Filed 10/28/14   Entered 10/28/14 09:45:58   Desc Main
Document   Page 8 of 17

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Kovey Kovalan_, _President & Director_ of the _Corporation_ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date: _10/27/2014_          Signature _/s/ Kovey Kovalan_
                                       Name:  _Kovey Kovalan_
                                        Title:  _President & Director_

Form B203 Disclosure of Compensation of Attorney for Debtor (12/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re *KJAYA LLC, a  Corporation*

Case No.
Chapter   *11*

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *50,000.00*

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ _____ *37,500.00*

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *12,500.00*

2. The source of the compensation paid to me was:
   ☐ Debtor      ☒ Other (specify)
   *Kovey Kovalan paid the sum of $37,500 plus the deposit for costs of $2,500; Debtor still owes the sum of $12,500*

3. The source of compensation to be paid to me is:
   ☐ Debtor      ☒ Other (specify)
   *Kovey Kovalen and Linh Le*

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].
   *None*

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (12/94)

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

*None*

---

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


*10/27/2014*
_____          */s/ Carl T. Gulliver*
Date                                                          _____
                                                                 *Signature of Attorney*


                                                                 *Coan, Lewendon, Gulliver & Miltenberger*
                                                                 _____
                                                                 *Name of Law Firm*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re *KJAYA LLC, a Corporation*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *Carl T. Gulliver*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *Kjaya Holdings Limited*<br>*JPA Brenson Lawlor House*<br>*Argyle Square*<br>*Morehampton Rd Donnybrook Dublin 4* | | *Member* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LIST OF EQUITY SECURITY HOLDERS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Kovey Kovalan*                          , *President & Director* of the *corporation*                          named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the
best of my knowledge, information and belief.

Date: *10/27/2014*

Signature: */s/ Kovey Kovalan*

Name: *Kovey Kovalan*

Title: *President & Director*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF CONNECTICUT

In re *KJAYA LLC, a   Corporation*

Case No.

Chapter  *11*

_____ / Debtor

Attorney for Debtor:   *Carl T. Gulliver*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached master mailing list of creditors is true and correct to the best of our knowledge.

Date: *10/27/2014*_____        */s/ Kovey Kovalan*_____

Debtor

Advanta Credit Card
P.O. Box 31032
Tampa, FL  33631-3032

American Express BU
P.O. Box 1270
Newark, NJ  07101-1270

Amit Agarwal
38861 Garibaldi Common
Fremont, CA  94536

Balboa Capital Corporation
Attn:  Business Center
2010 Main Street 11th Floor
Irvine, CA  92614-7203

BMW Financial Services
P.O. Box 78103
Phoenix, AZ  85062-8103

Bharani Chadalavada
794 Adeline Avenue
San Jose, CA  95136

CitiBusiness Card
P.O. Box 183501
Columbus, OH  43218-3051

Cogent Communications Inc.
P.O. Box 791087
Baltimore, MD  21279-1087

CollabNet/Codesion
8000 Marina Bouleverd
Brisbane, CA  94005

Costa Verde East Village
9110 Judicial Drive
San Diego, CA  92122

Cox
5159 Federal Boulevard
San Diego, CA  92105

Delio & Peterson LLC
700 State Street, Ste 402
New Haven, CT  06511

Docusign
221 Main Street, Ste 1000
San Francisco, CA  94105

Dreaming Tree
P.O. Box 1136
Noblesville, IN  46062

Efax / j2 Global, Inc.
6922 Hollywood Blvd. 5th Floor
Los Angeles, CA  90028

Felenasoft Ltd
Moskovskly Prospekt 87-25
236006, Kaliningrad  Russia

Financial Pacific Leasing
3455 S. 344th Way Ste 300
Federal Way, WA  98001

Sanket Gajjar
5700 Tapadera Trace Lane #712
Austin, TX  78727

Global IP Networks Inc.
1009 Jupiter Road Ste 500
Plano, TX  75074

Elsa Christina Gonzalez
2986 Carrillo Way
Carlsbad, CA  92009

Gotocitrix / Citrix Online, LLC
1414 Hollister Avenue
Goleta, CA  93117

Jasinsky Immigration Law
30 Oak Street 201
Stamford, CT  06905

Vinood Kesavan
2650 N. Lakeview Avenue #708
Chicago, IL  60614

Vinod Kesavan
2650 N. Lakeview Avenue #708
Chicago, IL  60614

Kjaya Holdings Limited
JPA Brenson Lawlor House
Argyle Square
Morehampton Rd, Donnybrook  Dublin 4

Kjaya Medical Limted
JPA Brenson Lawlor House
Argyle Square
Morehampton Rd, Donnybrook  Dublin 4

Kjaya Medical, LLC
263 Tresser Boulevard 9th Flr.
Stamford, CT  06901

Kovey Kovalan
35 Maple Tree Avenue Unit 6
Stamford, CT  06906

Kovey Kovalan
32 Maple Tree Avenue Unit 6
Stamford, CT   06906

Naveen Leekha
106 Grannon Court
Cary, NC   27519

Mai Le-Vail
49 Pine View Court
Terryville, CT   06786

Linh Le
35 Maple Tree Avenue Unit 6
Stamford, CT   06906

Michelle Lucas
1500 Sedona Glen
Escondido, CA   92027

Myfax Protus IP/j2 Global Inc.
5922 Market Street Ste 300
San Francisco, CA   94103

Kam Naik
11700 Watermill Road
Oklahoma City, OK   73131

New Creation IT
#75 14th Cross 1st Floor
R.T. Nagar, 1st Block
Bangalor, 560032   India

Orbit Micro
1302 Exchange Drive Ste 100
Richardson, TX   75081

rediT Data Center
1227 World Trade Drive Ste 100
San Diego, CA   92128

Reena Rani
13786 Tradition Street
San Diego, CA   92128

Regus Management Group LLC
P.O. Box 842456
Dallas, TX   75284-2456

Ricardo Pedraza
4937 Colusa Drive
Oceanside, CA   92056-5422

RMS
9954 Mayland Drive
P.O. Box 26446
Henrico, VA   23233

San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA  92799-5111

Sherweb
2915 Ogletown Road #1073
Newark, DE  19713

Soval LLC
c/o Pacific Horizon Management
7920 Miramar Road
San Diego, CA  92126-4232

Superb Internet
711 Kapiolani Boulevard #975
Honolulu, HI  96813

Thomas Vega-Byrnes LLC
1637 West 1-3rd Street
Chicago, IL  60643

Time Warner Cable
P.O. Box 60074
City of Industry, CA  91716-0074

Traveler's Insurance
1 Tower Square
Hartford, CT  06183

Vonage
23 Main Street
Holmdel, NJ  07733

Clark Warren
3062 E. Carla Vista Drive
Gilbert, AZ  85295

Zendesk Inc.
989 Market Street Ste 300
San Francisco, CA  94103